**No. 10-8873. Jelani Solomon, Petitioner v. United States.**

563 U.S. 1004, 131 S. Ct. 2484, 179 L. Ed. 2d 1241, 2011 U.S. LEXIS 3616.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1279, 131 S. Ct. 1622, 179 L. Ed. 2d 516, 2011 U.S. LEXIS 1938.

**No. 10-8889. Rosa D. Dorsey, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

563 U.S. 1004, 131 S. Ct. 2485, 179 L. Ed. 2d 1241, 2011 U.S. LEXIS 3611.

May 16, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 922, 131 S. Ct. 1822, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2641.

**No. 10-8921. Howard Ellis, Petitioner v. Jack Palmer, Warden, et al.**

563 U.S. 1004, 131 S. Ct. 2485, 179 L. Ed. 2d 1241, 2011 U.S. LEXIS 3591.

May 16, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 922, 131 S. Ct. 1823, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2813.

**No. 10-8971. Tutuila F. Tuvalu, Petitioner v. Jeanne S. Woodford, et al.**

563 U.S. 1004, 131 S. Ct. 2485, 179 L. Ed. 2d 1241, 2011 U.S. LEXIS 3546.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1299, 131 S. Ct. 1708, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2201.

**No. 10-9300. Randy Deonarinesingh, Petitioner v. United States.**

563 U.S. 1004, 131 S. Ct. 2485, 179 L. Ed. 2d 1241, 2011 U.S. LEXIS 3561.

May 16, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 926, 131 S. Ct. 1834, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2761.

**No. D-2508. In the Matter of Disbarment of Earl D. Munroe.**

563 U.S. 985, 131 S. Ct. 2485, 179 L. Ed. 2d 1241, 2011 U.S. LEXIS 3825.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 810, 131 S. Ct. 399, 178 L. Ed. 2d 264, 2010 U.S. LEXIS 7570.

**No. D-2510. In the Matter of Disbarment of Thomas J. Spargo.**

563 U.S. 985, 131 S. Ct. 2485, 179 L. Ed. 2d 1241, 2011 U.S. LEXIS 3590.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 810, 131 S. Ct. 399, 178 L. Ed. 2d 265, 2010 U.S. LEXIS 7619.